# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:12cr235

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PHILLIP D. MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's Motion for a Scheduling and Status Conference. Having considered defendant's motion and reviewed the pleadings, and it appearing that the government consents to the motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for a Scheduling and Status Conference (#15) is **GRANTED,** and a Scheduling Conference is calendared for September 10, 2012, at 3 p.m.

Signed: August 17, 2012

Max O. Cogburn Jr.
United States District Judge