IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-235-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PHILLIP DENNIS MURPHY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 49) filed by Kristen E. Finlon, concerning Kathleen Elizabeth Cassidy on January 22, 2013. Ms. Kathleen Elizabeth Cassidy seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application for Admission to Practice *Pro Hac Vice* (Document No. 49) is **GRANTED.** Ms. Kathleen Elizabeth Cassidy is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge